JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., <br><br>　　　　　Petitioner, <br><br>　　v. <br><br>JEFF LYNCH, <br><br>　　　　　Respondent. | Case No. 5:22-cv-00756-GW (SK) <br><br> **JUDGMENT** |

　　　　Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2254 is dismissed.

DATED: May 31, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE